# Exhibit A

**The Philadelphia Courts**
## Civil Docket Access

No Items in Cart | LOGOUT ddonnelly2

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

### Case Description

| | |
|---|---|
| **Case ID:** | 240300861 |
| **Case Caption:** | COLON-TORRES VS SERRANO ETAL |
| **Filing Date:** | Thursday , March 07th, 2024 |
| **Court:** | MAJOR JURY-STANDARD |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | MOTOR VEHICLE ACCIDENT |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

### Related Cases

*No related cases were found.*

### Case Event Schedule

*No case events were found.*

### Case motions

*No case motions were found.*

### Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | COHEN 512, JONATHAN M |
| **Address:** JONATHAN M. COHEN, L.L.C. 3510 BARING STREET PHILADELPHIA PA 19104 (215)592-4445 jonathan.cohen@jmcesq.com | | **Aliases:** *none* | | |
| 2 | 1 | | PLAINTIFF | COLON-TORRES, HERIBERTO |
| **Address:** 212 NORTH FRONT STREET READING PA 19601 | | **Aliases:** *none* | | |
| 3 | 12 | | DEFENDANT | SERRANO, OCTAVIO |
| **Address:** 387 EAST CORNELL STREET VINELAND NJ 08360 | | **Aliases:** *none* | | |
| 4 | 12 | | DEFENDANT | ZEISLOFT TRUCKING LLC |
| **Address:** 1699 CROWN POINT ROAD WEST DEPTFORD NJ 08086 | | **Aliases:** ZEISLOFT LOGISTICS ZEISLOFT TRUCKING OF WEST DEPTFORD CHARLES D ZEISLOFT TRUCKING | | |
| 5 | 12 | | DEFENDANT | ZEISLOFT VENTURES |
| **Address:** 1699 CROWN POINT ROAD WEST DEPTFORD NJ 08086 | | **Aliases:** *none* | | |

| 6 | | | DEFENDANT | ROCK PRODUCTS INC |
|---|---|---|---|---|
| **Address:** | 1675 CROWN POINT ROAD<br>WEST DEPTFORD NJ 08086 | **Aliases:** | *none* | |

| 7 | | | DEFENDANT | SAINT NICK LOGISTICS LLC |
|---|---|---|---|---|
| **Address:** | 1699 CROWN POINT ROAD<br>WEST DEPTFORD NJ 08086 | **Aliases:** | *none* | |

| 8 | 15 | | DEFENDANT | DAT SOLUTIONS LLC |
|---|---|---|---|---|
| **Address:** | PO BOX 783801<br>PHILADELPHIA PA 19178 | **Aliases:** | *none* | |

| 9 | | | DEFENDANT | DOE, JOHN |
|---|---|---|---|---|
| **Address:** | UNKNOWN<br>UNKNOWN PA unknown | **Aliases:** | *none* | |

| 10 | | | DEFENDANT | ABC COMPANY |
|---|---|---|---|---|
| **Address:** | UNKNOWN<br>UNKNOWN PA Unknown | **Aliases:** | *none* | |

| 11 | | | TEAM LEADER | ANDERS, DANIEL J |
|---|---|---|---|---|
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 12 | | | ATTORNEY FOR<br>DEFENDANT | COGNETTI, MICHAEL A |
|---|---|---|---|---|
| **Address:** | SWARTZ CAMPBELL LLC<br>1650 MARKET ST<br>ONE LIBERTY PL 38TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)299-4302<br>mcognetti@swartzcampbell.com | **Aliases:** | *none* | |

| 13 | 12 | | ATTORNEY FOR<br>DEFENDANT | CONWAY, WILLIAM F |
|---|---|---|---|---|
| **Address:** | SWARTZ CAMPBELL LLC<br>TWO COMMERCE SQUARE<br>2001 MARKET ST., 28TH FL<br>PHILADELPHIA PA 19103<br>(215)564-5190<br>wconway@swartzcampbell.com | **Aliases:** | *none* | |

| 14 | 12 | | ATTORNEY FOR<br>DEFENDANT | MUTZIG, KRISTIN S |
|---|---|---|---|---|
| **Address:** | SWARTZ CAMPBELL LLC<br>ONE LIBERTY<br>1650 MARKET ST - 38TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)299-4338<br>kmutzig@swartzcampbell.com | **Aliases:** | *none* | |

| 15 | | | ATTORNEY FOR DEFENDANT | DONNELLY, DANIEL F |
|---|---|---|---|---|
| **Address:** | DEASEY, MAHONEY & VALENTINI<br>1601 MARKET STREET<br>SUITE 3400<br>PHILADELPHIA PA 19103<br>(215)587-9400<br>ddonnelly@dmvlawfirm.com | **Aliases:** | *none* | |

| 16 | 15 | | ATTORNEY FOR DEFENDANT | DEASEY, FRANCIS J |
|---|---|---|---|---|
| **Address:** | DEASEY MAHONEY & VALENTINI LTD<br>1601 MARKET ST 34TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)587-9400<br>fjdeasey@dmvlawfirm.com | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 07-MAR-2024 08:02 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2403016877 | | |
| | | | |
| 07-MAR-2024 08:02 PM | COMMENCEMENT CIVIL ACTION JURY | COHEN 512, JONATHAN M | |
| **Documents:** | [Final Cover](#) | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 07-MAR-2024 08:02 PM | COMPLAINT FILED NOTICE GIVEN | COHEN 512, JONATHAN M | |
| **Documents:** | [Colon Torres Complaint 3.7.24.pdf](#) | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 07-MAR-2024 08:02 PM | JURY TRIAL PERFECTED | COHEN 512, JONATHAN M | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 07-MAR-2024 08:02 PM | WAITING TO LIST CASE MGMT CONF | COHEN 512, JONATHAN M | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 11-MAR-2024 03:49 PM | PRAECIPE-SUBSTITUTE/ATTACH | COHEN 512, JONATHAN M | |
| **Documents:** | [Praecipe to Supplement Notice to Defend 3.11.24.pdf](#) | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | PRAECIPE TO SUBSTITUTE/ATTACH NOTICE TO DEFEND FILED. (FILED ON BEHALF OF HERIBERTO COLON-TORRES) | | |
| | | | |
| 18-MAR-2024 01:04 PM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | Zeiloft aff.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT, PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND UPON ZEISLOFT TRUCKING LLC BY PERSONAL SERVICE ON 03/14/2024 FILED. | | |
| | | | |
| 18-MAR-2024 01:05 PM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | ventures aff.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT, PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND UPON ZEISLOFT VENTURES BY PERSONAL SERVICE ON 03/14/2024 FILED. | | |
| | | | |
| 18-MAR-2024 01:07 PM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | rock aff.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT, PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND UPON ROCK PRODUCTS INC BY PERSONAL SERVICE ON 03/14/2024 FILED. | | |
| | | | |
| 18-MAR-2024 01:09 PM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | logistics aff.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT, PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND UPON SAINT NICK LOGISTICS LLC BY PERSONAL SERVICE ON 03/14/2024 FILED. | | |
| | | | |
| 19-MAR-2024 10:47 AM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | serrano aff.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT, PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND UPON OCTAVIO SERRANO BY PERSONAL SERVICE ON 03/18/2024 FILED. | | |
| | | | |
| 02-APR-2024 01:45 PM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | 20240402_134137_002824.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF COMPLAINT, PRAECIPE TO SUPPLEMENT NOTICE TO DEFENDCOMPLAINT PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND UPON DAT SOLUTIONS LLC BY CERTIFIED MAIL ON 03/26/2024 FILED. | | |
| | | | |
| 03-APR-2024 03:41 PM | ENTRY OF APPEARANCE | COGNETTI, MICHAEL A | |
| **Documents:** | Colon-Torres - EOA MAC WFC and KSM.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF WILLIAM F CONWAY, MICHAEL A COGNETTI AND KRISTIN S MUTZIG FILED. (FILED ON BEHALF OF ZEISLOFT VENTURES, ZEISLOFT TRUCKING LLC AND OCTAVIO SERRANO) | | |
| | | | |

| 11-APR-2024 02:40 PM | ENTRY OF APPEARANCE | DONNELLY, DANIEL F | |
|---|---|---|---|
| **Documents:** | EOA of FJD and DFD for DAT Solutions LLC.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF DANIEL F DONNELLY AND FRANCIS J DEASEY FILED. (FILED ON BEHALF OF DAT SOLUTIONS LLC) | | |
| | | | |

| 11-APR-2024 02:40 PM | JURY TRIAL PERFECTED | DONNELLY, DANIEL F | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[ E-Filing System ]    [ Search Home ]

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MARCH 2024**

E-Filing Number: 2403016877

**00861**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| HERIBERTO COLON-TORRES | OCTAVIO SERRANO |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 212 NORTH FRONT STREET<br>READING PA 19601 | 387 EAST CORNELL STREET<br>VINELAND NJ 08360 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ZEISLOFT TRUCKING LLC, ALIAS: CHARLES D.<br>ZEISLOFT TRUCKING |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1699 CROWN POINT ROAD<br>WEST DEPTFORD NJ 08086 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ZEISLOFT VENTURES |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1699 CROWN POINT ROAD<br>WEST DEPTFORD NJ 08086 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 8 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO<br>COORDINATION ORDER? |
|---|---|---|
| | **FILED<br>PRO PROTHY**<br><br>MAR **07** 2024<br><br>**C. SMITH** | YES      NO |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>HERIBERTO COLON-TORRES</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JONATHAN M. COHEN | JONATHAN M. COHEN, L.L.C.<br>3510 BARING STREET<br>PHILADELPHIA PA 19104 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)592-4445 | (215)592-4080 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 69062 | jonathan.cohen@jmcesq.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *JONATHAN COHEN* | Thursday, March 07, 2024, 08:02 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. OCTAVIO SERRANO
   387 EAST CORNELL STREET
   VINELAND NJ 08360
2. ZEISLOFT TRUCKING LLC
   ALIAS: CHARLES D. ZEISLOFT TRUCKING
   1699 CROWN POINT ROAD
   WEST DEPTFORD NJ 08086
3. ZEISLOFT VENTURES
   1699 CROWN POINT ROAD
   WEST DEPTFORD NJ 08086
4. ROCK PRODUCTS, INC
   1675 CROWN POINT ROAD
   WEST DEPTFORD NJ 08086
5. SAINT NICK LOGISTICS, LLC
   1699 CROWN POINT ROAD
   WEST DEPTFORD NJ 08086
6. DAT SOLUTIONS, LLC
   PO BOX 783801
   PHILADELPHIA PA 19178
7. JOHN DOE
   UNKNOWN
   UNKNOWN PA UNKNOWN
8. ABC COMPANY
   UNKNOWN
   UNKNOWN PA UNKNOWN

**JONATHAN M. COHEN, L.L.C.**
Jonathan M. Cohen, Esquire
Identification No.: 69062
3510 Baring Street
Philadelphia, PA 19104
T: (215) 592-4445 | F: (215) 592-4080
Jonathan.cohen@jmcesq.com


Filed and Attested by the
Office of Judicial Records
07 MAR 2024 08:02 pm
C. SMITH

*Attorney for Plaintiff*

| | | |
|---|---|---|
| HERIBERTO COLON-TORRES | : | COURT OF COMMON PLEAS |
| 212 North Front Street | : | PHILADELPHIA COUNTY, PA |
| Reading, Pennsylvania 19601 | : | |
| | : | CIVIL TRIAL DIVISION |
| Plaintiff, | : | MAJOR JURY TRIAL DEMANDED |
| v. | : | |
| | : | _____TERM, 2024 |
| OCTAVIO SERRANO | : | No. _____ |
| 387 East Cornell Street | : | |
| Vineland, New Jersey 08360 | : | |
| | : | |
| and | : | |
| | : | |
| ZEISLOFT TRUCKING, L.L.C., d/b/a | : | |
| ZEISLOFT LOGISTICS a/k/a ZEISLOFT | : | |
| TRUCKING a/k/a ZEISLOFT TRUCKING | : | |
| OF WEST DEPTFORD a/k/a CHARLES | : | |
| D. ZEISLOFT TRUCKING | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| ZEISLOFT VENTURES | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| ROCK PRODUCTS, INC. | : | |
| 1675 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| And | : | |
| | : | |
| SAINT NICK LOGISTICS, L.L.C. | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |

Case ID: 240300861

|   |   |
|---|---|
| | : |
| and | : |
| | : |
| DAT SOLUTIONS, L.L.C. | : |
| PO Box 783801 | : |
| Philadelphia, PA 19178-3801 | : |
| | : |
| and | : |
| | : |
| JOHN DOE | : |
| Individual that was an owner, maintainer, | : |
| possessor, and/or otherwise legally | : |
| responsible for the care, custody control, | : |
| and safety of DEFENDANTS' vehicle on | : |
| March 9, 2022 | : |
| | : |
| and | : |
| | : |
| ABC COMPANY | : |
| Entity that was an owner, maintainer, | : |
| possessor, and/or otherwise legally | : |
| responsible for the care, custody, control, | : |
| and safety of DEFENDANTS' vehicle on | : |
| March 9, 2022. | : |
| Defendants. | : |

### NOTICE TO DEFEND – CIVIL ACTION
### 2V – MOTOR VEHICLE ACCIDENT

| NOTICE | AVISO |
|---|---|

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.**

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla**

Case ID: 240300861

You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**MONTGOMERY COUNTY BAR ASSOCIATION**
**Lawyer Reference Service**
**100 W. Airy Street (REAR)**
**Norristown, PA 19401**
**Telephone: (610) 279-9660 Ext. 201**
**www.montgomerybar.org**

con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**ASOCIACION DE LICENCIADOS MONTGOMERY**
**Servicio De Referencia E**
**Informacion Legal**
**Norristown, PA 19401**
**Telephono: (610) 279-9660**
**www.montgomerybar.org**

3

Case ID: 240300861

**JONATHAN M. COHEN, L.L.C.**
Jonathan M. Cohen, Esquire
Identification No.: 69062
3510 Baring Street
Philadelphia, PA 19104
T: (215) 592-4445 | F: (215) 592-4080
Jonathan.cohen@jmcesq.com                                          *Attorney for Plaintiff*

| | | |
|---|---|---|
| HERIBERTO COLON-TORRES | : | COURT OF COMMON PLEAS |
| 212 North Front Street | : | PHILADELPHIA COUNTY, PA |
| Reading, Pennsylvania 19601 | : | |
| | : | CIVIL TRIAL DIVISION |
| Plaintiff, | : | MAJOR JURY TRIAL DEMANDED |
| v. | : | |
| | : | _____TERM, 2024 |
| OCTAVIO SERRANO | : | No. _____ |
| 387 East Cornell Street | : | |
| Vineland, New Jersey 08360 | : | |
| | : | |
| and | : | |
| | : | |
| ZEISLOFT TRUCKING, L.L.C., d/b/a | : | |
| ZEISLOFT LOGISTICS a/k/a ZEISLOFT | : | |
| TRUCKING a/k/a ZEISLOFT TRUCKING | : | |
| OF WEST DEPTFORD a/k/a CHARLES | : | |
| D. ZEISLOFT TRUCKING | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| ZEISLOFT VENTURES | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| ROCK PRODUCTS, INC. | : | |
| 1675 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| And | : | |
| | : | |
| SAINT NICK LOGISTICS, L.L.C. | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |

Case ID: 240300861

```
                                          :
and                                       :
                                          :
DAT SOLUTIONS, L.L.C.                     :
PO Box 783801                             :
Philadelphia, PA 19178-3801               :
                                          :
and                                       :
                                          :
JOHN DOE                                  :
Individual that was an owner, maintainer, :
possessor, and/or otherwise legally       :
responsible for the care, custody control,:
and safety of DEFENDANTS' vehicle on      :
March 9, 2022                             :
                                          :
and                                       :
                                          :
ABC COMPANY                               :
Entity that was an owner, maintainer,     :
possessor, and/or otherwise legally       :
responsible for the care, custody, control,:
and safety of DEFENDANTS' vehicle on      :
March 9, 2022.                            :
                      Defendants.         :
```

## COMPLAINT - CIVIL ACTION
## 2V - MOTOR VEHICLE ACCIDENT

### THE PARTIES

1.      Plaintiff, Heriberto Colon-Torres (hereinafter "Plaintiff"), is an adult individual who, at all times relevant hereto, resided at 212 North Front Street, Reading, Pennsylvania 19601.

2.      Defendant Octavio Serrano (hereinafter "Defendant Serrano"), is an adult individual who, at all times relevant hereto, resided at 387 East Cornell Street, Vineland, New Jersey 08360.

3.      At all times relevant hereto, Defendant Zeisloft Trucking, L.L.C., d/b/a Zeisloft Logistics a/k/a Zeisloft Trucking a/k/a Zeisloft Trucking of West Deptford a/k/a Charles D.

Case ID: 240300861

Zeisloft Trucking, was a corporation, partnership, limited partnership, limited liability company, or other entity organization and maintained a principle place of business at 1699 Crown Point Road, West Deptford, PA 08086, and conducted regular and continuous business within the City and County of Philadelphia and the Commonwealth of Pennsylvania.

4.      At all times relevant hereto, Defendant Zeisloft Ventures is a corporation, partnership, limited partnership, limited liability company, or other entity organization and maintained a principle place of business at 1699 Crown Point Road, West Deptford, PA 08086, and conducted regular and continuous business within the City and County of Philadelphia and the Commonwealth of Pennsylvania.

5.      At all times relevant hereto, Defendant Rock Products, Inc., is a corporation, partnership, limited partnership, limited liability company, or other entity organization and maintained a principle place of business at 1675 Crown Point Road, West Deptford, PA 08086, and conducted regular and continuous business within the City and County of Philadelphia and the Commonwealth of Pennsylvania.

6.      At all times relevant hereto, Defendant Saint Nick Logistics, L.L.C., is a corporation, partnership, limited partnership, limited liability company, or other entity organization and maintained a principle place of business at 1699 Crown Point Road, West Deptford, PA 08086, and conducted regular and continuous business within the City and County of Philadelphia and the Commonwealth of Pennsylvania.

7.      At all times relevant hereto, Defendant DAT Solutions, L.L.C., is a corporation, partnership, limited partnership, limited liability company, or other entity organization and maintained a principle place of business at PO Box 783801, Philadelphia, PA 19178-3801.

3

Case ID: 240300861

8.      At all times relevant hereto, Defendant ABC Company is the fictitious name of an unknown business entity with an unknown address of service that was an owner, maintainer, possessor, and/or otherwise legally responsible for the care, custody, control, and safety of DEFENDANTS' vehicle on March 9, 2022.

9.      Hereinafter in this Complaint, Defendants named in paragraphs three (3) through eight (8) above may be collectively referred to as "Zeisloft Defendants" for the entirety of the Complaint.

10.      Defendant John Doe is the fictious name of an unknown individual with an unknown address of service that was an owner, maintainer, possessor, and/or otherwise legally responsible for the care, custody, control and safety of DEFENDANTS' vehicle on March 9, 2022.

11.      Hereinafter in this Complaint, Defendants named in paragraphs two (2) through ten (10) above may be collectively referred to as "Defendants" for the entirety of this Complaint, and at all times relevant hereto, all Defendants named in this Complaint engaged in systematic, continuous, and regular business in the Commonwealth of Pennsylvania, and continuously and regularly conducted a substaintial part of their regular business in the City and County of Philadelphia[1]; and at all times relevant hereto, all Defendants owned, managed, directed, and controlled all other Defendants, and the business of all Defendants was a necessary and indispensable part of the business of all other Defendants.

---

[1] Zeisloft Trucking, LLC, has admitted in verified pleadings in this Court that they "conducted regular business within the City and County of Philadelphia and Commonwealth of Pennsylvania." *See* Answer of Defendants Felipe Echevarria and Zeisloft Truckinig, LLC, with New Matter and New Matter in the Nature of A Counterclaim for Contribution Addressed to Plaintiff Debra A. Downing, Case No. 2203029824, filed in the Philadelphia County Court of Common Pleas.

Case ID: 240300861

12.     At all times relevant hereto, Zeisloft Defendants were corporations or other jural entities which acted by or through their subsidiaries and /or employees and/or agents acting within the course and scope of their employment and/or agency.

13.     At all times relevant hereto, Plaintiff was the owner and operator of a 1994 Blue Honda Civic, baring VIN # JHMEG1141RS004521.

14.     At all times relevant hereto, Defendant Zeisloft was the owner of a 2001 white Mack truck, model CH613, baring VIN # 1M1AA14Y31W136905.

15.     At all times relevant hereto, Defendant Serrano was acting with the express permission of and/or as an agent, workman, and/or employee on behalf Zeisloft Defendants, in the course, scope, and authority of the relevant existing agency relationships among and between them.

16.     At all times relevant hereto, Zeisloft Defendants acted and/or failed to act, both individually and by and through their actual and/or ostensible agent, servant, workman, and/or employee Defendant Serrano, who was, at all times relevant hereto, acting in the course and scope of the employment or other agency relationship with and on the behalf of Zeisloft Defendants.

17.     At all times relevant hereto, Zeisloft Defendants presented, represented, and held out Defendant Serrano as an agent, servant, and/or employee of Zeisloft Defendants, and/or others such that a reasonable person would conclude that Defendant Serrano was, in fact, the agent, servant, and/or employee of Zeisloft Defendants.

18.     At all times relevant hereto, Zeisloft Defendants, were and are vicariously liable for the actions or inactions of their agent, servant, work person, contactor, and/or employee, Defendant Serrano, and accordingly, Plaintiff intends each and every paragraph of this

Case ID: 240300861

Complaint, even if not so specifically stated, to be directed to each of the Defendants whether they were acting individually and/or jointly and severally.

19.     Zeisloft Defendants are directly and vicariously liable to Plaintiff for the negligence, carelessness, recklessness, and/or wrongful acts or omissions of persons and/or entities whose conduct was under their control, or right to control, and which conduct directly and proximately caused Plaintiff's injuries and damages.

20.     At all times relevant hereto, Defendant Zeisloft, individually and/or jointly, was responsible, whether solely or along with others, for the selection, investigation, qualifications, certification, monitoring, control or right to control, direction, hiring, and/or retention of Defendant Serrano for the specific purpose of controlling and operating the 2001 white Mack truck owned by Defendant Zeisloft.

## OPERATIVE FACTS

21.     On or about March 9, 2022, at around 6:14 p.m., Plaintiff Heriberto Colon-Torres ("Plaintiff") was the licensed owner and operator of a 1994 Blue Honda Civic (hereinafter "Honda") traveling Eastbound on Route 422, mile-marker 422, Pottstown, Pennsylvania.

22.     At the aforementioned time and place, Defendant Serrano was the licensed operator of a 2001 white Mack truck, baring license plate number NJ AX748H (hereinafter "the Truck"), owned by Defendant Zeisloft, traveling eastbound behind Plaintiff.

23.     At the aforementioned time and place, trailing the Truck was a duel rear axle semi-trailer, bearing license plate number NJ TJV89F (hereinafter "the Trailer"), owned by Defendant Zeisloft.

24.     Upon information and belief, and at the aforementioned time and place, Plaintiff was traveling in the right lane of Route 422 Eastbound.

Case ID: 240300861

25.     Upon information and belief, and at the aforementioned time and place, Defendant Serrano initiated a lane change of the Truck from the left lane into the right lane of Route 422 Eastbound.

26.     Upon information and belief, and at the aforementioned time and place, Defendant Serrano was operating the Truck in a careless and reckless manner, driving extremely close to Plaintiff.

27.     Upon information and belief, at the aforementioned time and place, and as a result of the careless and reckless driving of Defendant Serrano, in order to avoid a collision Plaintiff veered his Honda to the left, crossing into the left lane, impacting the median wall, and then crossed back to the right, impacting the approximate midpoint of the Truck.

28.     According to the March 9, 2022, Police Report, that purports to document collected facts and circumstances regarding the subject incident, Defendant Serrano stated that Plaintiff's Honda was "behind him when it lost control and indicated he observed this in his mirror;" this version of events was directly contradicted by eyewitness Stephanie Paoculli and by the images taken of the accident and recorded by the dashcam mentioned in paragraph 32.

29.     According to the Police Report, an eyewitness, Stephanie Paolucci, stated that when the Defendants' Truck changed lanes, it appeared "very close" behind Plaintiff's Honda and possibly made physical contact with the it.

30.     Upon information and belief, Plaintiff was trapped, in his Honda, underneath the Truck driven by Defendant Serrano and owned by Defendant Zeisloft—Plaintiff's Honda was dragged by the Truck for approximately 200 feet.

Case ID: 240300861

31.     On or about March 23, 2022, investigating officers received dash cam footage from Defendant Zeisloft giving a perspective of another one of Defendant Zeisloft's trucks that was traveling behind Defendant Serrano.

32.     According to the Police Report, "The position and movements depicted in the video appear consistent with the account provided by witness Stephanie Paolucci."

33.     As a result of the investigation, the West Pottsgrove Police charged Defendant Serrano with careless driving.

34.     On or about April 25, 2022, Defendant Serrano pleaded guilty to a violation of 75 Pa.C.S.A Vehicles § 3334(a), which states:

> Upon a roadway no person shall turn a vehicle or move from one traffic lane to another or enter the traffic stream from a parked position unless and until the movement can be made with reasonable safety nor without giving an appropriate signal in the manner provided in this section.

75 Pa.C.S.A Vehicles § 3334(a).

35.     At all times relevant hereto, all Defendants were vicariously liable for the negligent, careless, and reckless actions of Defendant Serrano.

36.     As a result of the negligence, and/or carelessness, and/or recklessness and/or wrongful conduct of Defendant Serrano and Zeisloft Defendants, whether acting individually and/or jointly and severally, and/or by and through its agents, servants, contractors, workmen and/or employees, as set forth herein, Plaintiff suffered serious and permanent injuries and damages including, but not limited to:

    a.      lacerations to face and eye;

    b.      rib fracture;

    c.      sternal fracture;

    d.      pulmonary contusion;

Case ID: 240300861

e.      memory loss;

f.      head injury and traumatic brain injury;

g.      subdermal hematoma requiring craniotomy, fixation, and

other neurosurgical procedures;

h.      continued headaches and head pain;

i.      ear pain and bruising;

j.      abrasions and contusions;

k.      continuing chest pain;

l.      continuing rib pain;

m.      continuing back pain;

n.      disfigurement;

o.      decreased ambulation;

p.      past and future pain and suffering;

q.      loss of life's pleasures;

r.      past and future mental anguish;

s.      past and future humiliation;

t.      past and future embarrassment;

u.      past and future medical expenses;

v.      economic losses;

w.      past and future personal expenses;

x.      loss of earning and earning capacity in the past and future;

y.      loss of fringe benefits in the past and future;

Case ID: 240300861

z.      injuries, damages, and consequences of which Plaintiff has

no present knowledge; and

aa.     all damages as set forth in greater detail in Plaintiff's

medical records.

37.    As a result of the aforementioned severe and permanent injuries and

damages, Plaintiff will continue to suffer and experience pain, disability, restrictions, and

limitations for an indefinite amount of time into the future, all to his great detriment and

loss.

## COUNT I – NEGLIGENCE
### Plaintiff v. Defendant Serrano

38.    The preceding paragraphs are incorporated by reference as though fully set

forth herein.

39.    The negligence and carelessness of Defendants consisted, *inter alia*, of the

following:

a.      failing to abide the traffic laws of the Commonwealth of

Pennsylvania;

b.      failing to observe traffic conditions;

c.      failing to have the Truck under proper and adequate control;

d.      failing to keep alert and maintain a proper watch for the presence

of lawful drivers operating vehicles on Montgomery County roadways;

e.      failing to take reasonable actions to avoid the collision that

occurred on the aforesaid date and to ensure the safety and wellbeing of

others;

Case ID: 240300861

f.      failing to apply brakes, or take other evasive measures, in time to
avoid the aforesaid collision;

g.      failing to have the Truck under such control so as to be able to stop
to avoid collision;

h.      failing to travel at a safe speed;

i.      failing to keep a proper watch for traffic on Route 422;

j.      failing to operate the Truck with due regard for the highway and
traffic conditions which were then existing, and of which the
operator was, or should have been, aware;

k.      failing to keep adequate and proper control over the Truck;

l.      failing to maintain the Truck in a safe and roadworthy condition;

m.      driving the Truck upon the highway with negligent, careless, and/or
reckless disregard to the rights and safety of others, in violation of the laws and
motor vehicle code of Pennsylvania;

n.      failing to maintain the aforesaid Truck in a safe and roadworthy condition
before permitting the Truck to be driven on   Pennsylvania's roadways; and

o.      violating the standard of care for motorists in Pennsylvania so
substantially that a violent collision occurred which was the direct  and proximate
cause of Plaintiff's aforementioned severe and permanent injuries.

40.    Furthermore, in addition to all the injuries and losses suffered, Plaintiff has
incurred or will incur medical, rehabilitative and other related liens and medical expenses in an
amount equal to or in excess of the basic personal injury protection benefits required by the

Case ID: 240300861

Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. § 1701 et seq. as amended.

**WHEREFORE**, Plaintiff demands judgment against Defendant Serrano individually, jointly and/or severally, for an amount in excess of Fifty Thousand Dollars ($50.000.00), together with costs, compensation for delay, and any other relief this Court deems appropriate.

**COUNT II – *RESPONDEAT SUPERIOR*/VICARIOUS LIABILITY**
**<u>Plaintiff v. Zeisloft Defendants</u>**

41.     The preceding paragraphs are incorporated by reference as though fully set forth herein.

42.     The aforesaid collision resulted from the negligence, carelessness, and recklessness of Defendant Serrano, who, at all times relevant hereto:

    a.     was in an employee-employer relationship with, or workman or agent for, Zeisloft Defendants;

    b.     negligently, carelessly and/or recklessly operated Zeisloft Defendants' truck in the course and scope of Zeisloft Defendants' employment, or while in the course and scope of acting as an agent or workman for Zeisloft Defendants; and

    c.     was the proximate cause of Plaintiff's severe and permanent injuries more fully set forth herein.

43.     As a direct and proximate result of the negligence, carelessness, and/or recklessness of Defendant Serrano while in the course and scope of employment by, or while an agent or workman for Zeisloft Defendants, Plaintiff was caused to sustain severe and permanent injuries as set forth in the foregoing paragraphs.

Case ID: 240300861

**WHEREFORE**, Plaintiff demands judgment against Zeisloft Defendants individually, jointly, and/or severally for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs, prejudgment interest, delay damages, and such other relief this Court deems appropriate.

**COUNT III – NEGLIGENT ENTRUSTMENT**
**<u>Plaintiff v. Zeisloft Defendants</u>**

44.    The preceding paragraphs are incorporated by reference as though fully set forth herein.

45.    Upon information and belief, the negligence, careless and/or recklessness of Zeisloft Defendants, by and through their agents, servant, contractors, workmen and/or employees, consisted, *inter alia*, of the following:

a.    failing to adequately investigate or assess the driving competency and/or qualification, expertise or level of expertise of Defendant Serrano, whom they permitted to operate the Truck;

b.    failing to exercise reasonable control over the Truck with respect to the manner in which the Truck was operated;

c.    permitting the Truck to be operated by a person whom they knew or should have known did not possess the requisite, proper or adequate driving skills to safely operate said Truck;

d.    failing to reasonably, properly or adequately supervise Defendant Serrano;

e.    failing to reasonably and/or properly monitor the safe driving abilities of Defendant Serrano;

f.    allowing Defendant Serrano to operate and/or drive the Truck outside of the applicable aforementioned sections of the Pennsylvania Motor Vehicle Code; and

Case ID: 240300861

g.      failing to comply with and confirm a history of compliance with Federal Motor Vehicle regulations, including, but not limited to, hours on duty/driving, hours not on duty/driving and/or maintaining adequate driver logs.

46.      As a direct and consequential result of the negligent, careless and/or reckless conduct of Zeisloft Defendants, Plaintiff suffered various serious and permanent personal injuries more fully stated within Plaintiff's medical records.

**WHEREFORE**, Plaintiff demands judgment against Zeisloft Defendants individually, jointly, and/or severally for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs, prejudgment interest, delay damages, and such other relief this Court deems appropriate.

## COUNT IV – NEGLIGENT HIRING/SELECTION/SUPERVISION/RETENTION
### Plaintiff v. Zeisloft Defendants

47.      The preceding paragraphs are incorporated by reference as though fully set forth herein.

48.      Upon information and belief, at all times material hereto, Zeisloft Defendants selected, hired, contracted, controlled, and/or retained Defendant Serrano with the purpose and intention of have Defendant Serrano operate motor vehicles on their behalf and in pursuit and furtherance of their business activities.

49.      Upon information and belief, at all times material hereto, Zeisloft Defendants controlled the means and manner that Defendant Serrano operated and utilized the Truck.

50.      Upon information and belief, at all times material hereto, Zeisloft Defendants negligently acted and/or failed to act through their agent, servant, employee, contractor, and/or workmen, Defendant Serrano, and such acts or failures to act were

14

Case ID: 240300861

within the course and scope of Zeisloft Defendants' business and were under Zeisloft

Defendants' control and direction and were taken with Zeisloft Defendants' authority.

51.     Upon information and belief, at all times material hereto, Zeisloft Defendants had

either actual or constructive knowledge of the inability of their agent, servant, contractor,

workperson, and/or employee, Defendant Serrano's, inability to safely operate a vehicle.

52.     Upon information and belief, despite the obligations, duties, and responsibilities

of Zeisloft Defendants, Zeisloft Defendants negligently hired, retained, contracted, employed,

selected, and/or controlled, incompetent and unskilled individuals and/or entities to operate a

vehicle on their behalf.

53.     Upon information and belief, Zeisloft Defendants are responsible for the negligent

actions or inactions of its contractors, employees, service persons, workmen, and/or agents

including, Defendant Serrano.

54.     Upon information and belief, Zeisloft Defendants were and are responsible for

ensuring the proper non-negligent selection, hiring, and supervision of its contractors,

employees, service persons, workmen, and/or agents.

55.     Upon information and belief, Zeisloft Defendants failed to utilize due care to

secure a competent contractor, agent, servant, workperson, and/or employee to operate its Truck.

56.     Upon information and belief, Zeisloft Defendants knew or should have known

that their failure to select a competent and careful agent, contractor, servant, workperson, and/or

employee to operate their vehicles and satisfy Zeisloft Defendants' aforementioned duties would

result in a risk of physical harm to third persons.

57.     Upon information and belief, Zeisloft Defendants failed to select, retain, contract,

hire, and/or employ persons or entities who possessed the knowledge, skill, experience, personal

15

Case ID: 240300861

characteristics, and training to operate Zeisloft Defendants' Truck as hired to do, without creating an unreasonable risk of injury to others.

58.     Upon information and belief, the carelessness and negligence of Zeisloft Defendants individually and/or by and through their agents, servants, contractors, workmen, and/or employees, consisted of the following:

a.      failing to properly and adequately supervise their agents, servants, contractors, workmen, and/or employees with regard to operation of its vehicles;

b.      failing to adequately assess its agents, servants, contractors, workmen, and/or employees driving abilities;

c.      failing to ensure that its Truck was operated properly and safely;

d.      failing to provide the proper directives, materials, instructions, or orders for the proper and safe operation of its Truck;

e.      allowing unskilled, unqualified, and/or untrained individuals and/or entities to operate its vehicles;

f.      failing to train its agents, contractors, servants, work persons, and/or employees properly;

g.      failing to hire competent agents, contractors, servants, work persons, and/or employees;

h.      failing to use due care in investigating and selecting agents, contractors, servants, work persons, and/or employees to operate its vehicles;

i.      failing to warn Plaintiff of their failure to investigate and select competent agents, contractors, servants, work persons, and/or employees;

Case ID: 240300861

j.      failing to adopt, enact, employ, and enforce, proper and adequate safety programs, precautions, procedures, measures, and/or plans;

k.      failing to comply with and confirm a history of compliance with Federal Motor Vehicle regulations, including, but not limited to, hours on duty/driving, hours not on duty/driving and maintaining adequate driver logs; and

l.      hiring, selecting, and/or retaining incompetent and/or unskilled contractors, agents, servants, employees, and/or workmen.

59.     Upon information and belief, Zeisloft Defendants' actions or failures to act as set forth above were the factual and proximate cause of Plaintiff's substantial and severe permanent injuries and damages more fully described in Plaintiff's medical records.

**WHEREFORE**, Plaintiff demands judgment against Zeisloft Defendants individually, jointly, and/or severally for an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs, prejudgment interest, delay damages, and such other relief this Court deems appropriate.

Respectfully submitted,

**JONATHAN M. COHEN, L.L.C.**

By:   _/s/ Jonathan M. Cohen_
JONATHAN M. COHEN, ESQUIRE
*Attorney for Plaintiff*

Date: March 7, 2024

17

## **VERIFICATION**

Plaintiff, Heriberto Colon-Torres, verifies that the averments set forth in the Plaintiff's Civil Action Complaint are based on first-hand information information furnished to and by my counsel and obtained by him in the course of investigating this document. The language of the document is that of counsel and not the affiant. To the extent that the contents of the document are based on information furnished to the counsel and obtained by counsel during the course of this lawsuit, the affiant has relied upon counsel in taking this verification. All statements are founded upon reasonable belief. This Verification is made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Date: 63-07-2024                    By: _____

                                          HERIBERTO COLON-TORRES

Case ID: 240300861

## **VERIFICATION**

I, _Keishla Colon_, hereby verify that I am fluent in English and Spanish and am able to translate the language in this Complaint from English to Spanish, and I have read the within Civil Action Complaint and the above verification in Spanish to Plaintiff, Heriberto Colon-Torres. This Verification is made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Date: _03-07-2024_                    By: _Keishla Colon_

**JONATHAN M. COHEN, L.L.C.**
Jonathan M. Cohen, Esquire
Identification No.: 69062
3510 Baring Street
Philadelphia, PA 19104
T: (215) 592-4445 | F: (215) 592-4080
Jonathan.cohen@jmcesq.com


*Filed and Attested by the
Office of Judicial Records
11 MAR 2024 03:49 pm
S. RICE*

*Attorney for Plaintiff*

| | | |
|---|---|---|
| HERIBERTO COLON-TORRES | : | COURT OF COMMON PLEAS |
| 212 North Front Street | : | PHILADELPHIA COUNTY, PA |
| Reading, Pennsylvania 19601 | : | |
| Plaintiff, | : | CIVIL TRIAL DIVISION |
| | : | **MAJOR JURY TRIAL DEMANDED** |
| v. | : | |
| OCTAVIO SERRANO | : | |
| 387 East Cornell Street | : | MARCH TERM, 2024 |
| Vineland, New Jersey 08360 | : | No. 240300861 |
| and | : | |
| ZEISLOFT TRUCKING, L.L.C., d/b/a | : | |
| ZEISLOFT LOGISTICS a/k/a ZEISLOFT | : | |
| TRUCKING a/k/a ZEISLOFT TRUCKING | : | |
| OF WEST DEPTFORD a/k/a CHARLES | : | |
| D. ZEISLOFT TRUCKING | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| and | : | |
| ZEISLOFT VENTURES | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| and | : | |
| ROCK PRODUCTS, INC. | : | |
| 1675 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| and | : | |
| SAINT NICK LOGISTICS, L.L.C. | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| and | : | |
| DAT SOLUTIONS, L.L.C. | : | |
| PO Box 783801 | : | |
| Philadelphia, PA 19178-3801 | : | |
| and | : | |
| JOHN DOE | : | |
| Individual that was an owner, maintainer, | : | |
| possessor, and/or otherwise legally | : | |
| responsible for the care, custody control, | : | |
| and safety of DEFENDANTS' vehicle on | : | |

|  |  |
|---|---|
| March 9, 2022 | : |
| and | : |
| ABC COMPANY | : |
| Entity that was an owner, maintainer, | : |
| possessor, and/or otherwise legally | : |
| responsible for the care, custody, control, | : |
| and safety of DEFENDANTS' vehicle on | : |
| March 9, 2022. | : |
| Defendants. | : |

## PRAECIPE TO SUPPLEMENT NOTICE TO DEFEND

TO THE OFFICE OF JUDICAL RECORDS:

Kindly supplement the Notice to Defend for Plaintiff's Civil Complaint, E-filing No. 2403016877, to reflect the contact information for the Philadelphia Bar Association to read "Philadelphia Bar Association Lawyer Referral and Information Service 1101 Market Street St., 11th Floor, Philadelphia, Pennsylvania 19107 (215) 238-6333" and "Asociacion De Licenciados De Filadelfia Servicio De Referencia E Informacion Legal 1101 Market Street, 11th Piso Filadelfia, Pennsylvania 19107 (215) 238-6333" in the above-captioned matter. *See* "Exhibit A," Philadelphia County Notice to Defend.

Respectfully,

**JONATHAN M. COHEN, L.L.C.**

*/s/ Jonathan M. Cohen*
Jonathan M. Cohen, Esquire

Date: March 11, 2024

2

Case ID: 240300861

# EXHIBIT "A"

Case ID: 240300861

**JONATHAN M. COHEN, L.L.C.**
Jonathan M. Cohen, Esquire
Identification No.: 69062
3510 Baring Street
Philadelphia, PA 19104
T: (215) 592-4445 | F: (215) 592-4080
Jonathan.cohen@jmcesq.com                                    *Attorney for Plaintiff*

| | | |
|---|---|---|
| HERIBERTO COLON-TORRES | : | COURT OF COMMON PLEAS |
| 212 North Front Street | : | PHILADELPHIA COUNTY, PA |
| Reading, Pennsylvania 19601 | : | |
| | : | CIVIL TRIAL DIVISION |
| Plaintiff, | : | MAJOR JURY TRIAL DEMANDED |
| v. | : | |
| | : | _____TERM, 2024 |
| OCTAVIO SERRANO | : | No. _____ |
| 387 East Cornell Street | : | |
| Vineland, New Jersey 08360 | : | |
| | : | |
| and | : | |
| | : | |
| ZEISLOFT TRUCKING, L.L.C., d/b/a | : | |
| ZEISLOFT LOGISTICS a/k/a ZEISLOFT | : | |
| TRUCKING a/k/a ZEISLOFT TRUCKING | : | |
| OF WEST DEPTFORD and CHARLES D. | : | |
| ZEISLOFT TRUCKING | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| ZEISLOFT VENTURES | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| SAINT NICK LOGISTICS, L.L.C. | : | |
| 1699 Crown Point Road | : | |
| West Deptford, New Jersey 08086 | : | |
| | : | |
| and | : | |
| | : | |
| DAT SOLUTIONS, L.L.C. | : | |
| PO Box 783801 | : | |
| Philadelphia, PA 19178-3801 | : | |

Case ID: 240300861

|                                                                                                                                                  |   |
| ---                                                                                                                                              | --- |
| and                                                                                                                                              | : |
|                                                                                                                                                  | : |
| ROCK PRODUCTS, INC.                                                                                                                              | : |
| 1675 Crown Point Road                                                                                                                            | : |
| West Deptford, New Jersey 08086                                                                                                                  | : |
|                                                                                                                                                  | : |
| and                                                                                                                                              | : |
|                                                                                                                                                  | : |
| JOHN DOE                                                                                                                                         | : |
| Individual that was an owner, maintainer, possessor, and/or otherwise legally responsible for the care, custody control, and safety of DEFENDANTS' vehicle on March 9, 2022 | : |
|                                                                                                                                                  | : |
| and                                                                                                                                              | : |
|                                                                                                                                                  | : |
| ABC COMPANY                                                                                                                                      | : |
| Entity that was an owner, maintainer, possessor, and/or otherwise legally responsible for the care, custody, control, and safety of DEFENDANTS' vehicle on March 9, 2022. | : |
| Defendants.                                                                                                                                      | : |

## NOTICE TO DEFEND – CIVIL ACTION
## 2V – MOTOR VEHICLE ACCIDENT

| **NOTICE** | **AVISO** |
| --- | --- |
| **You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.** | **Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla** |

2

Case ID: 240300861

You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral and Information Service**
**1101 Market St., 11th Floor**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**

con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacian De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**1101 Market Street, 11th Piso**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**

3

**AFFIDAVIT OF SERVICE**

| Case:<br>240300861 | Court:<br>Pennsylvania Court of Common Pleas | County:<br>Philadelphia | |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Heriberto Colon-Torres | | **Defendant / Respondent:**<br>Octavio Serrano, et al | |
| **Received by:**<br>Legal-Ease Enterprises | | **For:**<br>Jonathan M. Cohen, L.L.C. | |
| **To be served upon:**<br>Zeisloft Trucking, LLC d/b/a Zeisloft Logistics a/k/a Zeisloft Trucking a/k/a Zeisloft Trucking of West Deptford a/k/a Charles D. Zeisloft Trucking | | | |

*Filed and Attested by the Office of Judicial Records 18 MAR 2024 01:14 pm E. SMITH*

I, Jodi L. Broder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Ray Weinhardt, Company: 1675 Crown Point Road, West Deptford, NJ 08086 |
| Manner of Service: | Business, Mar 14, 2024, 3:30 pm EDT |
| Documents: | Complaint, Praecipe to Supplement Notice to Defend |

**Additional Comments:**

1) Successful Attempt: Mar 14, 2024, 3:30 pm EDT at Company: 1675 Crown Point Road, West Deptford, NJ 08086 received by Ray Weinhardt.
Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'7"; Hair: Gray; Relationship: Dispatcher;
Person In Charge at business

_____     03/14/2024
Jodi L. Broder                                        **Date**

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125

## AFFIDAVIT OF SERVICE

| Case:<br>240300861 | Court:<br>Pennsylvania Court of Common Pleas | County:<br>Philadelphia | *(seal / stamp)* |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Heriberto Colon-Torres | | **Defendant / Respondent:**<br>Octavio Serrano, et al | |
| **Received by:**<br>Legal-Ease Enterprises | | **For:**<br>Jonathan M. Cohen, L.L.C. | |
| **To be served upon:**<br>Zeisloft Ventures | | | |

*Stamp text:* Filed and Attested by the Office of Judicial Records 18 MAR 2024 01:11 pm E. SMITH

I, Jodi L. Broder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Ray Weinhardt, Company: 1675 Crown Point Road, West Deptford, NJ 08086

**Manner of Service:**   Business, Mar 14, 2024, 3:30 pm EDT

**Documents:**   Complaint, Praecipe to Supplement Notice to Defend

**Additional Comments:**
1) Successful Attempt: Mar 14, 2024, 3:30 pm EDT at Company: 1675 Crown Point Road, West Deptford, NJ 08086 received by Ray Weinhardt. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'7"; Hair: Gray; Relationship: Dispatcher; Person In Charge at business

_____   03/14/2024
Jodi L. Broder                                **Date**

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125

**AFFIDAVIT OF SERVICE**

| Case:<br>240300861 | Court:<br>Pennsylvania Court of Common Pleas | County:<br>Philadelphia | |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Heriberto Colon-Torres | | Defendant / Respondent:<br>Octavio Serrano, et al | |
| Received by:<br>Legal-Ease Enterprises | | For:<br>Jonathan M. Cohen, L.L.C. | |
| To be served upon:<br>Rock Products, Inc. | | | |

*Filed and Attested by the Office of Judicial Records 18 MAR 2024 01:17 pm E. SMITH*

I, Jodi L. Broder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Ray Weinhardt, Company: 1675 Crown Point Road, West Deptford, NJ 08086

**Manner of Service:**   Business, Mar 14, 2024, 3:30 pm EDT

**Documents:**   Complaint, Praecipe to Supplement Notice to Defend

**Additional Comments:**

1) Successful Attempt: Mar 14, 2024, 3:30 pm EDT at Company: 1675 Crown Point Road, West Deptford, NJ 08086 received by Ray Weinhardt. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'7"; Hair: Gray; Relationship: Dispatcher; Person In Charge at business

_____   03/14/2024

Jodi L. Broder                                         **Date**

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125

## AFFIDAVIT OF SERVICE

| Case:<br>240300861 | Court:<br>Pennsylvania Court of Common Pleas | County:<br>Philadelphia | |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Heriberto Colon-Torres | | Defendant / Respondent:<br>Octavio Serrano, et al | |
| Received by:<br>Legal-Ease Enterprises | | For:<br>Jonathan M. Cohen, L.L.C. | |
| To be served upon:<br>Saint Nick Logistics, LLC | | | |

*Filed and Attested by the Office of Judicial Records 18 MAR 2024 01:19 pm E. SMITH*

I, Jodi L. Broder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Ray Weinhardt, Company: 1675 Crown Point Road, West Deptford, NJ 08086

**Manner of Service:**   Business, Mar 14, 2024, 3:30 pm EDT

**Documents:**   Complaint, Praecipe to Supplement Notice to Defend

**Additional Comments:**

1) Successful Attempt: Mar 14, 2024, 3:30 pm EDT at Company: 1675 Crown Point Road, West Deptford, NJ 08086 received by Ray Weinhardt. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'7"; Hair: Gray; Relationship: Dispatcher; Person In Charge at business

_____   03/14/2024

Jodi L. Broder   **Date**

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125

## AFFIDAVIT OF SERVICE

| Case:<br>240300861 | Court:<br>Pennsylvania Court of Common Pleas | County:<br>Philadelphia | |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Heriberto Colon-Torres | | Defendant / Respondent:<br>Octavio Serrano, et al | |
| Received by:<br>Legal-Ease Enterprises | | For:<br>Jonathan M. Cohen, L.L.C. | |
| To be served upon:<br>Octavio Serrano | | | |

*Filed and Attested by the Office of Judicial Records 19 MAR 2024 10:41 am E. SMITH*

I, Joselynn Cook, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**     Octavio Serrano, Home: 387 East Cornell Street, Vineland, NJ 08360

**Manner of Service:**     Personal/Individual, Mar 18, 2024, 3:50 pm EDT

**Documents:**     Complaint, Praecipe to Supplement Notice to Defend

**Additional Comments:**
1) Successful Attempt: Mar 18, 2024, 3:50 pm EDT at Home: 387 East Cornell Street, Vineland, NJ 08360 received by Octavio Serrano. Age: 44; Ethnicity: Hispanic; Gender: Male; Weight: 200; Height: 5'10";
Personal Service

_____     03/19/2024

Joselynn Cook     **Date**

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125

## AFFIDAVIT OF SERVICE

| Case:<br>240300861 | Court:<br>Pennsylvania Court of Common Pleas | County:<br>Philadelphia | *Filed and Attested by the*<br>*Office of Judicial Records*<br>*02 APR 2024 01:45 pm*<br>*M. RUSSO* |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Heriberto Colon-Torres | | **Defendant / Respondent:**<br>Octavio Serrano, et al | |
| **Received by:**<br>Legal-Ease Enterprises | | **For:**<br>Jonathan M. Cohen, L.L.C. | |
| **To be served upon:**<br>Dat Solutions, LLC | | | |

I, Haley Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Dat Solutions, LLC, Company: 8405 Southwest Nimbus Avenue STE D, Beaverton, OR 97008 |
| **Manner of Service:** | Mail, Mar 26, 2024, 12:10 pm EDT |
| **Documents:** | Complaint, Praecipe to Supplement Notice to Defend |

**Additional Comments:**
1) Successful Attempt: Mar 26, 2024, 12:10 pm EDT at Company: 8405 Southwest Nimbus Avenue STE D, Beaverton, OR 97008
Certified mail. See the attached.

_____        04/02/2024
Haley Johnson                                                    Date

Legal-Ease Enterprises
2424 E York Street, Suite 321
Philadelphia, PA 19125

U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
0414 7116 9896 4847 4123 25

RETURN RECEIPT TRACKING NUMBER
0460 9118 4888 4847 4123 63

FEES

Postage per piece          $2.590
Certified Fee              $4.400
Return Receipt Fee         $3.650
Total Postage & Fees:     $10.640

ARTICLE ADDRESS TO:

DAT SOLUTIONS, LLC
8405 SW NIMBUS AVE STE D
BEAVERTON OR 97008-7185

Postmark
Here

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

## 9414711899564847412325

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:10 pm on March 26, 2024 in BEAVERTON, OR 97008.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

BEAVERTON, OR 97008
March 26, 2024, 12:10 pm

**Out for Delivery**

BEAVERTON, OR 97008
March 26, 2024, 6:10 am

**Arrived at Post Office**

BEAVERTON, OR 97005
March 26, 2024, 5:21 am

**Arrived at USPS Facility**

BEAVERTON, OR 97005
March 26, 2024, 4:05 am

**Departed USPS Facility**

PORTLAND, OR 97215
March 26, 2024, 3:15 am

**Arrived at USPS Destination Facility**

Feedback

Case ID: 240300861

PORTLAND, OR 97215
March 25, 2024, 1:47 pm

**Arrived at USPS Regional Facility**

SALT LAKE CITY DISTRIBUTION CENTER
March 24, 2024, 3:56 am

**In Transit to Next Facility**

March 23, 2024

**Departed USPS Regional Facility**

PHILADELPHIA PA NETWORK DISTRIBUTION CENTER
March 22, 2024, 5:02 am

**Arrived at USPS Regional Origin Facility**

PHILADELPHIA PA NETWORK DISTRIBUTION CENTER
March 21, 2024, 8:37 pm

**Arrived at USPS Regional Origin Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
March 15, 2024, 11:44 pm

**Accepted at USPS Origin Facility**

PHILADELPHIA, PA 19125
March 15, 2024, 10:29 pm

**Shipping Label Created, USPS Awaiting Item**

PHILADELPHIA, PA 19125
March 14, 2024, 8:40 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                           ⌄

**USPS Tracking Plus®**                                                            ⌄

**Product Information**                                                            ⌄

See Less ⌃

Case ID: 240300861

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Case ID: 240300861

**SWARTZ CAMPBELL LLC**
By:   Michael A. Cognetti, Esquire
      William F. Conway, Esquire
      Kristin S. Mutzig, Esquire
Identification Nos: 55819 / 86024 / 209552
Two Commerce Square
2001 Market Street
Suite 2815
Philadelphia, PA 19103
(215) 564-5190

Attorneys for Defendants,
Octavio Serrano, Zeisloft Trucking,
l.l.C. d/b/a Zeisloft Logistics a/k/a
Zeisloft Trucking a/k/a Zeisloft
Trucking of West Deptford a/k/a
Charles D. Zeisloft Trucking and
Zeisloft Ventures

*Filed and Attested by the Office of Judicial Records 03/28/2024 01:41 pm D. BENNETT*

|  |  |
|---|---|
| HERIBERTO COLON-TORRES,<br>      Plaintiff | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY |
| v. | MARCH TERM, 2024 |
| OCTAVIO SERRANO<br>and<br>ZEISLOFT TRUCKING, L.L.C. d/b/a<br>ZEISLOFT LOGISTICS a/k/a ZEISLOFT<br>TRUCKING a/k/a ZEISLOFT TRUCKING<br>OF WEST DEPTFORD a/k/a  CHARLES<br>D. ZEISLOFT TRUCKING<br>and<br>ZEISLOFT VENTURES<br>and<br>ROCK PRODUCTS, INC.<br>and<br>SAINT NICK LOGISTICS, L.L.C.<br>and<br>DAT SOLUTIONS, L.L.C.<br>and<br>JOHN DOE<br>and<br>ABC COMPANY,<br>      Defendants | NO:  0861 |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter our appearance on behalf of Defendants, Octavio Serrano, Zeisloft Trucking, L.L.C. d/b/a Zeisloft Logistics a/k/a Zeisloft Trucking a/k/a Zeisloft Trucking of West Deptford a/k/a Charles D. Zeisloft Trucking and Zeisloft Ventures, in the above referenced matter.

SWARTZ CAMPBELL LLC

By: ___*/s/ Michael Cognetti*___
      Michael Cognetti, Esquire
      Attorney for Defendants


By: ___*/s/ William Conway*___
      William Conway, Esquire
      Attorney for Defendants


By: ___*/s/ Kristin Mutzig*___
      Kristin Mutzig, Esquire
      Attorney for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I, Michael Cognetti, Esquire, do hereby certify that on this day, caused a true and correct copy of the foregoing Entry of Appearance to be served upon the following persons via electronic filing or regular mail as follows:

Jonathan M. Cohen, Esquire
Jonathan M. Cohen, L.L.C.
3510 Baring Street
Philadelphia, PA 19104

Rock Products, Inc.
1675 Crown Point Road
West Deptford, NJ 08086

Saint Nick Logistics, L.L.C.
1699 Crown Point Road
West Deptford, NJ 08086

DAT Solutions, L.L.C.
P.O. Box 783801
Philadelphia, PA 19178-3801

SWARTZ CAMPBELL LLC

DATE:  April 3, 2024                    */s/ Michael Cognetti*
                                        Michael Cognetti, Esquire
                                        Attorney for Defendants
                                        Two Commerce Square
                                        2001 Market Street
                                        Suite 2815
                                        Philadelphia, PA 19103
                                        (215) 299-4302

**DEASEY, MAHONEY & VALENTINI, LTD.**
By: FRANCIS J. DEASEY, ESQUIRE
    DANIEL F. DONNELLY, ESQUIRE
    Identification Nos. 25699/315309
1601 Market Street, Suite 3400
Philadelphia, PA 19103
(215) 587-9400 – Phone
(215) 587- 9456 – Fax
fdeasey@dmvlawfirm.com
ddonnelly@dmvlawfirm.com
*File # 1022.29026*



Attorneys for Defendant's, GILLIAM
DAT Solutions, LLC

| | |
|---|---|
| HERIBERTO COLON-TORRES,<br><br>*Plaintiff,*<br><br>v.<br><br>OCTAVIO SERRANO, ZEISLOFT TRUCKING, LLC D/B/A ZEISLOFT LOGISTICS A/K/A ZEISLOFT TRUCKING OF WEST DEPTFORD A/K/A CHARLES D. ZEISLOFT TRUCKING, ZEISLOFT VENTURES, ROCK PRODUCTIONS, INC., SAINT NICK LOGISTICS, LLC, DAT SOLUTIONS, LLC, JOHN DOE, AND ABC COMPANY<br><br>*Defendants.* | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>MARCH TERM 2024<br>NO. 240300861 |

<u>**ENTRY OF APPEARANCE**</u>

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly enter the appearance of Francis J. Deasey, Esquire and Daniel F. Donnelly, Esquire,

on behalf of Defendant, DAT Solutions, LLC, in the above-captioned matter.

Respectfully Submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

By: _____
    FRANCIS J. DEASEY, ESQUIRE
    DANIEL F. DONNELLY, ESQUIRE
    Attorneys for Defendant,
Date: April 9, 2024        DAT Solutions, LLC

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I, Daniel Donnelly, Esquire, hereby certify that a true and correct copy of the foregoing

Entry of Appearance has been filed electronically and is available for review and retrieval on the

court system's website, as authorized by Pa. R.C.P. 205.4(g)(2)(ii), by counsel of record.

**DEASEY, MAHONEY & VALENTINI, LTD.**

By:    /s/ *Daniel Donnelly*
        FRANCIS J. DEASEY, ESQUIRE
        DANIEL F. DONNELLY, ESQUIRE

Dated: April 9, 2024

**Error! Unknown document property name.**