# Exhibit D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERIBERTO COLON-TORRES,<br>*Plaintiff,*<br><br>v.<br><br>OCTAVIO SERRANO, ZEISLOFT TRUCKING, LLC d/b/a ZEISLOFT LOGISTICS a/k/a ZEISLOFT TRUCKING OF WEST DEPTFORD a/k/a CHARLES D. ZEISLOFT TRUCKING, ZEISLOFT VENTURES, ROCK PRODUCTIONS, INC., SAINT NICK LOGISTICS, LLC, DAT SOLUTIONS, LLC, JOHN DOE, and ABC COMPANY,<br>*Defendants.* | Civil Action No. _____ |

## **DECLARATION OF JOSEPH DOYLE**

I, Joseph Doyle, declare and state as follows:

1. I make this Declaration in support of DAT Solutions, LLC's Notice of Removal. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am the General Counsel for DAT Solutions, LLC.

3. DAT Solutions, LLC is limited liability company formed and existing under the laws of the State of Delaware.

4. DAT Solutions, LLC has headquarters in Beaverton, Oregon and Denver, Colorado.

5. DAT Solutions, LLC has only one member: DAT CNUS, Inc., a Delaware corporation with a principal place of business at 550 S. Syracuse Street in Denver, Colorado.

1

6. Neither DAT Solutions, LLC nor DAT CNUS, Inc. has a principal place of business in the Commonwealth of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/23/2024

DocuSigned by:
Joseph Doyle
2E7B097F799245A...

Joseph Doyle
General Counsel, DAT Solutions, LLC