# Exhibit B

Delaware.gov                                                                                     Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3401133 | Incorporation Date / Formation Date: | 6/7/2001 (mm/dd/yyyy) |
| Entity Name: | DAT CNUS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | UNITED AGENT GROUP INC. | | |
| Address: | 1521 CONCORD PIKE SUITE 201 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19803 |
| Phone: | 561-508-5033 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status  ◯ Status,Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov