

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
UNITED STATES OF AMERICA
P 973.535.0500   F 973.535.9217

**Patrick J. Hughes**
Partner
PHughes@connellfoley.com

July 2, 2024

<u>**VIA ELECTRONIC FILING**</u>

Honorable Jeffrey L. Schmehl, U.S.D.J
United States District Court
 for the Eastern District of Pennsylvania
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

      **Re:**    **Colon-Torres v. DAT Solutions, LLC, et al.**
             **Civil Action No.: 5:24-cv-01745-JLS**

Dear Judge Schmehl:

      This firm has been retained to represent Defendant DAT Solutions, LLC, in the above-referenced matter. Attached for your review is a copy of a Consent Order Granting Substitution of Attorney, withdrawing the appearance of Daniel F. Donnelly, Esq., and entering my appearance on behalf of Defendant DAT Solutions. If the Consent Order meets with Your Honor's approval, we kindly ask that you execute same.

      Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  **CONNELL FOLEY LLP**

                                                  *s/Patrick J. Hughes*

                                                  Patrick J. Hughes

PJH/rxv
Attachment
cc:      All counsel of record via ECF