IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERIBERTO COLON-TORRES,<br><br>                Plaintiff,<br><br>   v.<br><br>OCTAVIO SERRANO, ZEISLOFT TRUCKING, LLC d/b/a ZEISLOFT LOGISTICS a/k/a ZEISLOFT TRUCKING OF WEST DEPTFORD a/k/a CHARLES D. ZEISLOFT TRUCKING, ZEISLOFT VENTURES, ROCK PRODUCTIONS, INC., SAINT NICK LOGISTICS, LLC, DAT SOLUTIONS, LLC, JOHN DOE and ABC COMPANY,<br><br>                Defendants. | Civil Action No.: 5:24-cv-01745-JLS |

## **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Defendant DAT SOLUTIONS, L.L.C. substitutes Patrick J. Hughes, Esq., State Bar No. 41403, of Connell Foley LLP as counsel of record in place of Daniel F. Donnelly, Esq., of the law firm of Deasey, Mahoney & Valentini, Ltd. Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Connell Foley LLP |
| Address: | 56 Livingston Avenue, Roseland, NJ 07068 |
| Telephone: | (973) 535-0500    Facsimile:    (973) 535-9217 |
| E-Mail: | phughes@connellfoley.com |

15438799-1

I consent to the above substitution.

By: *Daniel F. Donnelly*
Daniel F. Donnelly, Esq.
DEASEY MAHONEY & VALENTINI LTD
*Withdrawing Attorney*

Date: July 2, 2024

I consent to being substituted.

By: *Patrick J. Hughes*
Patrick J. Hughes, Esq.
CONNELL FOLEY LLP
*Superseding Attorney*

Date: July 2, 2024

The substitution of attorney is hereby approved and so ORDERED.

Date:_____

_____
JEFFREY L. SCHMEHL, USDJ

15438799-1