# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERIBERTO COLON-TORRES, : | |
| Plaintiff : | |
| : | |
| v.  : | CIVIL ACTION |
| : | |
| OCTAVIO SERRANO, : | NO: 2:24-CV-01745 |
| ZEISLOFT TRUCKING, LLC d/b/a : | |
| ZEISLOFT LOGISTICS a/k/a ZEISLOFT : | |
| TRUCKING a/k/a ZEISLOF TRUCK : | |
| OF WEST DEPTFORD a/k/a : | |
| CHARLES D. ZEISLOFT TRUCKING, : | |
| ZEISLOFT VENTURES, : | |
| ROCK PRODUCTS, INC., : | |
| SAINT NICK LOGISTICS, LLC, : | |
| DAT SOLUTIONS, LLC, : | |
| JOHN DOE, and : | |
| ABC COMPANY, : | |
| Defendants : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants, Octavio Serrano, Zeisloft Trucking, LLC d/b/a Zeisloft Logistics a/k/a Zeisloft Trucking a/k/a Zeisloft Trucking of West Deptford a/k/a Charles D. Zeisloft Trucking, Zeisloft Ventures and Rock Products, Inc., in the above captioned matter.

Respectfully submitted,

*/s/ William F. Conway*

_____
William F. Conway, Esquire
SWARTZ CAMPBELL LLC
Two Commerce Square
2001 Market Street, Suite 2815
Philadelphia, PA 19103
(215) 299-4270
wconway@swartzcampbell.com

DATED: July 3, 2024

## CERTIFICATE OF SERVICE

I, William F. Conway, attorney for Defendants, Octavio Serrano, Zeisloft Trucking, LLC d/b/a Zeisloft Logistics a/k/a Zeisloft Trucking a/k/a Zeisloft Trucking of West Deptford a/k/a Charles D. Zeisloft Trucking, Zeisloft Ventures and Rock Products, Inc., hereby certify that I electronically filed my Notice of appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF on July 3, 2024.

/s/ William F. Conway

_____
William F. Conway, Esquire