# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERIBERTO COLON-TORRES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>OCTAVIO SERRANO, ZEISLOFT TRUCKING, LLC d/b/a ZEISLOFT LOGISTICS a/k/a ZEISLOFT TRUCKING OF WEST DEPTFORD a/k/a/ CHARLES D. ZEISLOFT TRUCKING, ZEISLOFT VENTURES, ROCK PRODUCTS, INC., SAINT NICK LOGISTICS, LLC, DAT SOLUTIONS, LLC, JOHN DOE, and ABC COMPANY,<br>　　　　Defendants. | :<br>:<br>:<br>:  Case No. 5:24-CV-01745<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

**AND NOW**, this _____ day of _____ 2024, upon consideration of Plaintiff's Response in Opposition to Defendant Saint Nick Logistics, L.L.C.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that Defendant Saint Nick Logistics, L.L.C.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint is **DELAYED** until ruling on Plaintiff's Motion to Remand.

**IT IS FURTHER ORDERED** that Defendant Saint Nick Logistics, L.L.C.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL, J.**