## CERTIFICATE OF SERVICE

I, Steven J. Carroll, Esquire, of Jonathan M. Cohen, L.L.C., hereby certify that a true and correct copy of the foregoing Plaintiff's Response in Opposition to Defendant Saint Nick Logistics, L.L.C.'s Rule 12(b)(6) Motion to Dismiss Plaintiff' Complaint and supporting Memorandum of Law were sent to all counsel of record via the Court's ECF system on July 8, 2024.

                                                **JONATHAN M. COHEN, L.L.C.**

**By:**    ***/s/ Steven J. Carroll***
           **Steven J. Carroll, Esquire**
           **Jonathan M. Cohen, Esquire**
           *Attorneys for Plaintiff*

**Date: July 8, 2024**