## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERIBERTO COLON-TORRES,<br>*Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No. 5:24-CV-01745 |
| OCTAVIO SERRANO, ZEISLOFT TRUCKING,<br>LLC d/b/a ZEISLOFT LOGISTICS a/k/a<br>ZEISLOFT TRUCKING OF WEST DEPFORD<br>a/k/a CHARLES D. ZEISLOFT TRUCKING,<br>ZEISLOFT VENTURES, ROCK PRODUCTS,<br>INC., SAINT NICK LOGISTICS, LLC., DAT<br>SOLUTIONS, LLC, JOHN DOE, and ABC<br>COMPANY,<br>            *Defendants.* | ) ) ) ) ) ) ) ) ) ) | |

### STIPULATION TO DISMISS LESS THAN ALL DEFENDANTS
### AND TO AMEND CAPTION

The parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), through their undersigned

counsel, hereby STIPULATE and AGREE that:

1.      All claims in this matter against Defendants, Saint Nick Logistics, LLC and DAT

Solutions, LLC, are hereby voluntarily discontinued and withdrawn, and Saint Nick Logistics, LLC and

DAT Solutions, LLC are hereby dismissed from the above-captioned case.

2.      It is further agreed that all claims in this matter against Defendants, Saint Nick Logistics,

LLC and DAT Solutions, LLC, were brought and maintained in good faith.

3.      It is further agreed that no claims for abuse of process or wrongful use of civil

proceedings under the Dragonetti Act (42 Pa.C.S. §§ 8351-8354) shall be made by Defendants, Saint

Nick Logistics, LLC and DAT Solutions, LLC, against Plaintiff, Plaintiff's counsel, or Plaintiff's

counsel's law firms in connection with Defendants, Saint Nick Logistics, LLC and DAT Solutions, LLC,

being named as parties to this action.

4.    It is further agreed that Plaintiff will file an amended complaint in which the caption of this case and the body of the amended complaint omits references to Saint Nick Logistics, LLC and DAT Solutions, LLC.

5.    Counsel have been duly authorized by their respective clients to enter into this Stipulation.


**JONATHAN M. COHEN, L.L.C.**

By: */s/ Steven J. Carroll*
Steven J. Carroll, Esq.
Jonathan M. Cohen, Esq.
*Attorneys for Plaintiff*


**SWARTZ CAMPBELL, LLC**

By: 03/27/25
William F. Conway, Esq.
*Attorneys for Zeisloft Defendants &*
Rock Products Inc


**RAWLE & HENDERSON, LLP**

By: */s/Adam C. Lazarow*
Adam C. Lazarow, Esq.
*Attorneys for Defendant Saint Nick Logistics LLC*


**CONNELL FOLEY, LLP**
**SQUIRE PATTON BOGGS, LLP**

By: Kristen L. Bryan
Kristin L. Bryan, Esq.
Patrick J. Hughes, Esq.
*Attorneys for Defendant DAT Solutions, LLC*


Dated: March 27, 2025