IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERIBERTO COLON-TORRES** | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 24-1745 |
| | : |
| **OCTAVIO SERRANO,** *et al* | : |

# ORDER

**AND NOW**, this 29th day of May 2025, upon consideration Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 34), the affidavit attached thereto, and Plaintiff's opposition, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, Zeisloft Trucking, LLC (improperly also identified as Zeisloft Trucking, LLC d/b/a Zeisloft Logistics a/k/a Zeisloft Trucking of West Deptford, a/k/a Charles D. Zeisloft Trucking, Zeisloft Ventures) and Rock Products, Inc. (Docket No. 34), is **DENIED**.

2. Defendants shall file an Answer to the Amended Complaint within twenty days of the date of this Order.

BY THE COURT:

*/s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**